Nelson G. Page, Esquire
BURR, PEASE & KURTZ
810 N Street, Ste. 300
Anchorage, AK 99501-3293
Telephone:   (907) 276-6100
Fax No.:     (907) 258-2530
Email:       NGP@bpk.com

*Attorneys for Defendant*
*HCC Life Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL AND BLANCA ELLIS,<br><br>      Plaintiff,<br> v.<br><br>HCC LIFE INSURANCE COMPANY,<br><br>      Defendants. | Case No. 3:17-cv-00___  ___ |

## NOTICE OF REMOVAL

Defendant, HCC Life Insurance Company, ("HCC"), by and through its undersigned counsel, hereby removes this action to the United States District Court for the District of Alaska. Removal is based on diversity jurisdiction pursuant to 28 U.S.C. 1332 because the defendant does not reside or have a principal place of business in Alaska. Complete diversity appears on the face of the plaintiff's complaint.

NOTICE OF REMOVAL                     162200 / 5466-2
*Ellis v HCC Life Insurance Co*
*Case No. 3:17-cv-00_____.*                   Page 1 of 3

Case 3:17-cv-00001-TMB   Document 1   Filed 01/03/17   Page 1 of 3

This case was originally filed in the Superior Court for the Third Judicial District in Anchorage, Alaska on December 5, 2016. A copy of the complaint served in State Superior Court, Case No. 3AN-16-10462CI is attached to this Notice as Exhibit A. Service was not made on the defendant until December 14, 2016. Removal of the matter to federal court is timely because this notice is filed within 30 days of service.

Concurrently with the filing of this Notice of Removal, Defendant will file a copy of the notice with the Superior Court for the Third Judicial District at Anchorage. A copy of this written notice is attached to this pleading as Exhibit B. Plaintiffs will be given concurrent notice via the contemporaneous serving of this notice of removal on plaintiffs.

DATED: January 3, 2017

/s/ Nelson G. Page
BURR, PEASE & KURTZ
810 N Street, Suite 300
Anchorage, AK 99501
Phone: (907) 276-6100
Fax: (907) 258-2530
E-mail: NGP@bpk.com
Alaska Bar # 7911121

*Attorneys for Defendant*
*HCC Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2017, I served the foregoing by U.S. Mail and I electronically filed this document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following individuals via e-mail addresses:

Ronald A. Offret
Aglietti Offret and Woofter
733 W. 4th Avenue, Suite 206
Anchorage, AK 99501

*Attorney for Plaintiff*


By: */s/Nelson G. Page*

NOTICE OF REMOVAL       162200 / 5466-2
*Ellis v HCC Life Insurance Co*
*Case No. 3:17-cv-00_____.*       Page 3 of 3