IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHAEL and BLANCA ELLIS, )
)
    Plaintiffs, )
)
v. )
)
HCC LIFE INSURANCE COMPANY )
)
    Defendant. )
_____ )  Case No. 3AN-16-10462 CI

## COMPLAINT

    COME NOW MICHAEL and BLANCA ELLIS, by and through their attorneys Ronald A. Offret of AGLIETTI OFFRET & WOOFTER, and hereby states, claims, pleads, and alleges as their cause of action against defendant HHC LIFE INSURANCE COMPANY, the following;

    1. Plaintiffs Michael and Blanca Ellis are and were residents of the State of Alaska, at all times pertinent hereto.

    2. Defendant HCC LIFE INSURANCE COMPANY is an insurance company, licensed to do business in Alaska and at all times pertinent hereto was doing business in Alaska by selling/providing medical insurance policies to the residents of the State of Alaska.

    3. On May 6, 2015 Plaintiff Blanca Ellis purchased a 6 month short term medical insurance plan issued by Defendant HCC LIFE INSURANCE COMPANY, effective May 7, 2015.

    4. On May 27, 2015 Plaintiff Blanca Ellis was diagnosed with Lupus. This was the first ever diagnosis of Lupus or mention of Lupus applicable to Plaintiff Ellis.

    5. Plaintiff Blanca Ellis was treated thereafter for Lupus, including hospitalization. The costs of treatment were submitted to Defendant HCC LIFE INSURANCE COMPANY for payment. Defendant HCC LIFE INSURANCE COMPANY refused and continues to refuse, to pay for the treatment being provided to Plaintiff Ellis and attempts to justify it's refusal by calling this a "pre-existing" condition.

    6. Plaintiff Blanc Ellis has been treated for this condition and other related medical needs since May 27, 2015 and has submitted such costs to Defendant HCC LIFE INSURANCE

Aglietti, Offret
& Woofter
33 W 4th Avenue
Suite 206
nchorage, Alaska
99501

)07) 279-8657
AX 279-5534

COMPANY who continues to wrongfully deny coverage, relying on a term of exclusion in the policy entitled "pre-existing" condition.

7. Plaintiff Blanca Ellis has suffered damages for non-payment of her medical treatment in an amount in excess of the jurisdictional requirements of this Court.

8. The failure of Defendant HCC LIFE INSURANCE COMPANY to pay for treatment of this condition has delayed treatment and caused Plaintiff Blanca Ellis to suffer enhanced physical and emotional damages for the time she went untreated.

9. Plaintiff Michael Ellis has suffered physical, mental and emotional damages in having to assist his wife in dealing with Defendant HCC LIFE INSURANCE COMPANY, in helping his wife obtain treatment for her condition, and watching her suffer as a result of none or delayed treatment causing her condition to worsen, and losing her companionship caused by this untreated condition.

## BREACH OF CONTRACT

10. Plaintiffs re-alleges paragraphs 1 – 9 as if here fully set forth.

11. Plaintiffs Ellis entered into the medical insurance contract with Defendant HCC LIFE INSURANCE COMPANY for the purpose of obtaining financial coverage for medical treatment and conditions.

12. There existed a bargained for contractual benefit which Plaintiffs had reason to expect would be observed by Defendant in good faith.

13. Defendant's refusal to pay for Plaintiff Blanca Ellis medical treatment relating to Lupus, by wrongfully claiming it was a "pre-existing" condition, is a breach of contract, motivated by an improper or impermissible objective and was made in bad faith.

14. Expectation of benefits from the medical contract were relied upon by Plaintiff Blanca Ellis when she entered into this contract with Defendant

15. Defendant's bad-faith breach of contract, was coupled with the wrongful intent to deprive Plaintiff of the benefits of the agreement.

16. There existed a bargained for contractual benefit which Plaintiff had reason to expect would be observed by Defendant in good faith.

## BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

17. Plaintiff re-alleges paragraphs 1-16 above as if here fully set forth.

Aglietti, Offret
& Woofter
33 W 4th Avenue
Suite 206
Anchorage, Alaska
99501

907) 279-8657
FAX 279-5534

18. Defendant's wrongful breach of contract with Plaintiff violated the implied covenant of good faith and fair dealing found in every insurance contract in Alaska.

## LOSS OF CONSORTIUM

19. Plaintiffs re-allege paragraphs 1- 18 above as if here fully set forth.

20. As a result of Defendants breach of contract and breach of the covenant of good faith and fair dealing, by its wrongful refusal to pay for medical benefits under the insurance contract for his wife, Plaintiff Michael Ellis, suffered physical, mental and emotional damage.

21. The damage to Plaintiff Michael Ellis is unknown at the moment but in an amount to be proven at trial.

## PUNITIVE DAMAGES

22. Plaintiffs re-alleges paragraphs 1-21 above as if here fully set forth.

23. Plaintiffs are entitled to an award of punitive damages for the wrongful, reckless, willful and outrageous conduct by Defendant, for which punitive damages are warranted in an amount sufficient to punish the Defendant and deter it and/or others from such conduct in the future, in an amount to be proven at trial.

**WHEREFORE**, Plaintiffs Michael and Blanca Ellis pray for judgment against Defendant:

1. For Defendant's wrongful breach of contract;
2. For Defendant's breach of the implied covenant of good faith and fair dealing;
3. For damages to Plaintiff Michael Ellis for loss of consortium;
4. All of the above in an amount to be determined at trial and in excess of the jurisdictional levels of this court; and
5. For Punitive Damages in an amount to be proven at trial; and
6. For all costs, prejudgment interest, and attorneys fees caused by this action.

Dated at Anchorage, Alaska this 5 day of December, 2016.

AGLIETTI OFFRET and WOOFTER
Attorneys for Plaintiffs Michael and Blanca Ellis

by Ronald A. Offret ABA #7410096

Aglietti, Offret
& Woofter
'33 W 4th Avenue
Suite 206
Anchorage, Alaska
99501

(907) 279-8657
FAX 279-5534

# CASE DESCRIPTION – SUPERIOR COURT

Case Number: _____

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Tort** | | |
| Wrongful Death | Civil Superior Court | CISPID |
| Automobile Tort (But Not Wrongful Death) | Civil Superior Court | CISIDA |
| Claim Against Owner of Real Property for Personal Injury | Civil Superior Court | CISPIO |
| Product Liability | Civil Superior Court | CISPL |
| Intentional Tort (e.g., assault, battery, vandalism) | Civil Superior Court | CISIT |
| Slander/Libel/Defamation | Civil Superior Court | CISSLD |
| Other Tort | Civil Superior Court | CISIDO |
| Approval of Minor Settlement – Civil Petition  *May also be filed as probate case.* | Superior Court Misc Petition | CISPET |
| **Malpractice** | | |
| Legal Malpractice | Civil Superior Court | CISLMP |
| Medical Malpractice | Civil Superior Court | CISMMP |
| Other Malpractice | Civil Superior Court | CISOMP |
| **Foreign Judgment** | | |
| Registration of Foreign Judgment – SEE DOMESTIC RELATIONS FOR FOREIGN **SUPPORT/CUSTODY** ORDERS | Foreign Judgment Superior Ct | CISFOJ |
| **Other Civil** | | |
| Election Contest or Recount Appeal | Civil Superior Court | CISELE |
| Change of Name - Adult | Change of Name | CICON |
| Change of Name - Minor | Change of Name | CICONM |
| Confession of Judgment | Civil Superior Court | CISCCONF |
| Structured Settlement – AS 09.60.200 | Superior Court Misc Petition | CISSS |
| Administrative Agency Proceeding – Request for Court Assistance | Superior Court Misc Petition | CISWRNT |
| Arbitration - Action Under Uniform Arbitration Act | Civil Superior Court | CISAP |
| Fraud | Civil Superior Court | CISFRAUD |
| Unfair Trade Practice and Consumer Protection | Civil Superior Court  Clerk: Issue form CIV-128 | CISUTP |
| Writ of Habeas Corpus | Civil Superior Court | CIWHC |
| Fish & Game - Abatement & Forfeiture of Equipment | Superior Court Misc Petition | CISAF |
| Appointment of Trustee Counsel | Superior Court Misc Petition | CISTC |
| ☒ Other Superior Court Complaint | Civil Superior Court | CISOCI |
| Other Superior Court Petition | Superior Court Misc Petition | CISPET |
| **Post-Conviction Relief to Superior Court** | | |
| Post-Conviction Relief | Post-Conviction Relief-Sup Ct | CISPCR |
| **Appeal to Superior Court - From Administrative Agency** | | |
| Election Contest or Recount Appeal – SEE OTHER CIVIL | | |
| DMV Appeal | Appeal from Admin Agency | CIADDMV |
| Employment Security Appeal | Appeal from Admin Agency | CIADRESA |
| Administrative Agency Appeal - Other | Appeal from Admin Agency | CIADR |
| CSSD License Review Action | Petition for Review or Relief | CICSED |
| Petition for Review from Administrative Agency | Petition for Review or Relief | CIPRA |
| Petition for Relief from Administrative Agency – AS 44.62.305 | Petition for Review or Relief | CIPRLF |
| **Appeal to Superior Court - From District Court** | | |
| Civil or Small Claims Appeal | Appeal from District Court | CIACI |
| Criminal Appeal | Appeal from District Court | CIACRM |
| Minor Offense Appeal | Appeal from District Court | CIAMO |
| Petition for Review from District Court | Petition for Review or Relief | CIPRD |

CIV-125S (3/16)(cs)
CASE DESCRIPTION FORM – SUPERIOR COURT